IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Herbert | Case Number: 06 B 07753 |
|---|---|---|
|  | Jackson, Maxine | Judge: Wedoff, Eugene R |
|  | Printed: 01/29/09 | Filed: 6/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 18, 2008
Confirmed: September 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,606.00 |  |
| Secured: |  | 12,763.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,921.00 |
| Trustee Fee: |  | 921.49 |
| Other Funds: |  | 0.00 |
| Totals: | 16,606.00 | 16,606.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,000.00 | 1,000.00 |
| 2. | Jennifer A Blanc Douge | Administrative | 1,525.00 | 1,525.00 |
| 3. | Jennifer A Blanc Douge | Administrative | 396.00 | 396.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 14,937.14 | 12,763.51 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 8,140.89 | 0.00 |
| 7. | National Capital Management | Unsecured | 47.26 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 91.78 | 0.00 |
| 9. | Capital One | Unsecured | 139.43 | 0.00 |
| 10. | National Capital Management | Unsecured | 171.25 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured | 497.21 | 0.00 |
| 12. | Kohl's/Kohl's Dept Stores | Unsecured | 113.99 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 54.65 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 560.59 | 0.00 |
| 15. | B-Real LLC | Unsecured | 178.68 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 30.67 | 0.00 |
| 17. | NCO Financial Services Inc | Unsecured | 61.28 | 0.00 |
| 18. | Nicor Gas | Unsecured | 72.87 | 0.00 |
| 19. | General Motors Acceptance Corp | Unsecured | 116.70 | 0.00 |
| 20. | St Margaret Mercy Hospital | Unsecured | 106.53 | 0.00 |
| 21. | MCSI | Unsecured | 30.00 | 0.00 |
| 22. | Karen Simmons | Priority |  | No Claim Filed |
| 23. | Carson Pirie Scott | Unsecured |  | No Claim Filed |
| 24. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 25. | Blatt Hasenmiller & Komar | Unsecured |  | No Claim Filed |
| 26. | Arnstein & Zeller | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Herbert | Case Number: 06 B 07753 |
|---|---|---|
| | Jackson, Maxine | Judge: Wedoff, Eugene R |
| | Printed: 01/29/09 | Filed: 6/30/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Marlin Integrated Capital | Unsecured | | No Claim Filed |
| 29. | City of Calumet City | Unsecured | | No Claim Filed |
| 30. | Comcast | Unsecured | | No Claim Filed |
| 31. | First National Bank Of Chicago | Unsecured | | No Claim Filed |
| 32. | Credit Protection Association | Unsecured | | No Claim Filed |
| 33. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 34. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 35. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 36. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 37. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 38. | TCF Bank | Unsecured | | No Claim Filed |
| 39. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 40. | Money Control | Unsecured | | No Claim Filed |
| 41. | Monogram Credit Card Bk Aka GE Money Bk | Unsecured | | No Claim Filed |
| 42. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 43. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 44. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 45. | Pep Boys | Unsecured | | No Claim Filed |
| 46. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 47. | Professional Account Management | Unsecured | | No Claim Filed |
| 48. | Nissan Motor Credit Corp | Unsecured | | No Claim Filed |
| 49. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 50. | Northern IL Counseling Assoc | Unsecured | | No Claim Filed |
| 51. | Radiology Center SC | Unsecured | | No Claim Filed |
| 52. | St James Federal Credit Union | Unsecured | | No Claim Filed |
| 53. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 54. | Sprint | Unsecured | | No Claim Filed |
| 55. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 56. | St James Federal Credit Union | Unsecured | | No Claim Filed |
| 57. | Superior Air Ground | Unsecured | | No Claim Filed |
| 58. | West Asset Management | Unsecured | | No Claim Filed |
| 59. | SBC | Unsecured | | No Claim Filed |
| | | | $ 28,271.92 | $ 15,684.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 246.62 |
| 5.4% | 360.07 |
| 6.5% | 130.00 |
| 6.6% | 184.80 |
| | $ 921.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Herbert | Case Number:  06 B 07753 |
| Jackson, Maxine | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  6/30/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

